

Alessandra Pellegrino Pulit
Associate Attorney
apulit@ingermansmith.com

Reply to Harrison Office

August 26, 2023
*Via* ECF

The Honorable Victoria Reznik
United States District Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2023
```

      Re:    Jane Doe v. Rye City School District
              Case No. 7:22-cv-08898
              Opposition to Motion – Request of Extension of Time from August 28, 2023
              to September 11, 2023

Hon. Judge Reznik:

      On behalf of Defendant, I write with the consent of Plaintiff to respectfully request an extension of time to file its Opposition to Plaintiff's Motion for Attorney's fees from August 28, 2023 to September 11, 2023. With consent of the Plaintiff, we also respectfully request that subsequent Reply to said Opposition is to be electronically filed on or before September 25, 2023. This is the first such request for an extension.

      Thank you for your consideration of this request.

      *Respectfully submitted:*

Plaintiff's motion for attorney's fees is DENIED without prejudice and with leave to renew. Plaintiff is directed to Rule 3(A)(ii) of the Court's Individual Rules of Practice in Civil Cases in order to properly advance their request to file a motion for attorney's fees in this matter. The Clerk of the Court is kindly directed to terminate the motions at ECF Nos. 12 and 14.

Dated: August 28, 2023
      White Plains, NY

By: _____
ALESSANDRA P. PULIT, ESQ. (AP 6387)
*Attorneys for Defendant*
Rye City School District
550 Mamaroneck Avenue, Suite 209
Harrison, New York 10528
(914) 777-1134
apulit@ingermansmith.com

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

150 Motor Parkway, Suite 400, Hauppauge, New York 11788 | Tel: 631.261.8834 | Fax: 631.261.8851 | www.ingermansmith.com
550 Mamaroneck Avenue, Suite 209, Harrison, New York 10528 | Tel: 914.777.1134 | Fax: 914.777.1955 | Keeping Education Moving Forward