

**MEMO ENDORSED**

William T. DeVinney
Direct Dial: (703) 942-8076
wdevinney@brigliahundley.com

July 9, 2024

*Via Court Electronic Filing System*
Hon. Nelson Stephen Roman United
States District Court Judge 300
Quarropas Street
White Plains, NY 10601

      Re:    *Doe v. Rye City School District*, 7:22-cv-08898-NSR

Dear Judge Roman:

I am Plaintiff's counsel in *Doe v. Rye City School District*, 7:22-cv-08898-NSR. I write with the consent of Defendants to request a postponement of the status conference currently set for July 12, 2024. The parties have not previously requested any extension of this conference.

There are two issues remaining in this case. First, the Plaintiff alleges that the Defendant did not provide Plaintiff's child a proper transition assessment as ordered by a State Review Officer. Defendant alleges that it provided a transition assessment to Plaintiff's child in June of 2021, thus complying with the State Review Officer's order. Second, Plaintiffs allege that Defendant must reimburse Plaintiff for the attorneys' fees incurred in this enforcement action.

The parties have discussed settlement and have made progress. Defendant's counsel must present any settlement proposal to the full school board which is anticipated to meet on August 23, 2024. Thus, the parties ask that the Court postpone the status conference to allow the parties to pursue settlement. Under the Court's Rule 1.E, the parties are available on the following three dates: August 29, 2024, August 30, 2024, and September 5, 2024.

---

1921 Gallows Road • Suite 750 • Tysons Corner, VA 22182 • T: 703-883-0880 • F: 703-883-0899
www.brigliahundley.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __07/10/2024__

Thank you for considering this request.

Sincerely,

*William DeVinney*

Willliam T. DeVinney

cc: Alessandra Pellegrino Pulit, Esq.

**In light of settlement discussions, Pltf's request to adjournment the Status Teleconf. is GRANTED with Defts' consent. The Status Teleconf. is adjourned from July 12, 2024 until Sept. 12, 2024 at 11:00 am. Counsel are directed to the minute entry at May 24, 2024 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 33.
Dated: White Plains, NY
            July 10, 2024**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE