USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __2/5/2026__

**United States District Court**
**Southern District of New York**

|  |  |
|---|---|
| **Jane Doe,** | |
| *Plaintiff*, | Case No. 7:22-cv-8898 |
| v. | |
| **Rye City School District**, | |
| *Defendant*. | |

### Order

This matter came before the Court on Plaintiff's Motion for Entry of Judgment. Dkt. 45. The Court previously granted Plaintiff's motion for attorneys' fees. Dkt. 20. The Court has decided the motion and a decision has been duly rendered. Dkt. 29. The Court's Order on Plaintiff's motion for attorneys' fees resolved all disputed issues in the case.

WHEREFORE, it is Ordered and Adjudged that Plaintiff is awarded $30,817.88 in attorneys' fees plus any interest authorized by law.

IT IS FURTHER Ordered that the Clerk is directed to enter this final judgment on the docket and to terminate the motion at ECF No. 45.

SO ORDERED.

Dated: February 5, 2026
White Plains, New York

_____
Hon. Nelson S. Román
United States District Court Judge, S.D.N.Y.