**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JANE DOE,

                          Plaintiff,                       22 **CIVIL** 8898 (NSR)

            -against-                         **JUDGMENT**
                                                **For Attorney's Fees**

RYE CITY SCHOOL DISTRICT,

                        Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 5, 2026, Plaintiff is awarded attorney's fees in the amount of $30,817.88 plus pre-judgment interest from May 3, 2024 until the entry of the judgment in the amount of $5,235.66.

**Dated:**  New York, New York
        March 23, 2026

                                        **TAMMI M. HELLWIG**

                                        **Clerk of Court**

               **BY:**

                                        **Deputy Clerk**